The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Cindy Lynn Whitehurst
    v. Commonwealth of Virginia
    Record No. 0531-13-1
    Opinion rendered by Judge Frank on
    March 11, 2014

2. Alexander J. Dennos, Jr.
    v. Commonwealth of Virginia
    Record No. 0635-13-1
    Opinion rendered by Judge Kelsey on
    March 11, 2014

3. Dung Thi Thach and Carlos Mendoza
    v. Arlington County Department of Human Services
    Record No. 1309-13-4
    Opinion rendered by Judge Humphreys on
    March 18, 2014

4. Joseph Alfonso Papol
    v. Commonwealth of Virginia
    Record No. 1765-12-1
    Opinion rendered by Judge Kelsey on
    March 18, 2014

5. Raheem Chabezz Johnson
    v. Commonwealth of Virginia
    Record No. 1941-12-3
    Opinion rendered by Judge Beales on
    March 25, 2014

6. Michael Ryan Bruton
    v. Commonwealth of Virginia
    Record No. 1636-12-1
    Opinion rendered by Judge Alston on
    April 1, 2014

7. 1st Stop Health Services, Inc., d/b/a 1st Stop Home Care
    v. Department of Medical Assistance Services, Cynthia B. Jones, Director
    Record No. 1418-13-4
    Opinion rendered by Judge McCullough on
    April 8, 2014